# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MATTHEW GOUWENS, EMILY
GOUWENS, HILLER HARDIE, SHARON
HARDIE, KYLE RUSCHE, AND MEGHAN
RUSCHE

:
:
:
:
:
:
:
:
:
:

v.

INDIANA TOWNSHIP BOARD OF
SUPERVISORS AND FOX CHAPEL
ESTATES, L.P.  PETITION OF FOX
CHAPEL ESTATES, L.P.

No. 234 WAL 2021

Petition for Allowance of Appeal from
the Order of the Commonwealth
Court

---

MATTHEW GOUWENS, EMILY
GOUWENS, HILLER HARDIE, SHARON
HARDIE, KYLE RUSCHE, AND MEGHAN
RUSCHE

:
:
:
:
:
:
:
:
:
:
:
:
:
:

v.

INDIANA TOWNSHIP BOARD OF
SUPERVISORS AND FOX CHAPEL
ESTATES, L.P.

PETITION OF: FOX CHAPEL ESTATES,
L.P.

No. 235 WAL 2021

Petition for Allowance of Appeal from
the Order of the Commonwealth
Court

---

MATTHEW GOUWENS, EMILY
GOUWENS, HILLER HARDIE, SHARON
HARDIE, KYLE RUSCHE, AND MEGHAN
RUSCHE

:
:
:
:
:
:
:
:
:
:
:
:
:

v.

No. 236 WAL 2021

Petition for Allowance of Appeal from
the Order of the Commonwealth
Court

| | | |
|---|---|---|
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : : : : : : | |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | | |
| MATTHEW GOUWENS, EMILY GOUWENS, HILLER HARDIE, SHARON HARDIE, KYLE RUSCHE, AND MEGHAN RUSCHE | : : : : : : : | No. 237 WAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : | |
| INDIANA TOWNSHIP BOARD OF SUPERVISORS AND FOX CHAPEL ESTATES, L.P. | : : : : : : | |
| PETITION OF: FOX CHAPEL ESTATES, L.P. | : : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.

[234 WAL 2021, 235 WAL 2021, 236 WAL 2021 and 237 WAL 2021] - 2